**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

DMITRIY KOSTADINOV IVANOV, )
)
*Plaintiff*, )
)
v. ) Case No. 1:25-cv-894 (AJT/WEF)
)
KRISTI NOEM, *et al.*, )
)
*Defendants*. )
)

**ORDER**

This matter comes before the Court on Defendants' motion to remand. Upon consideration of the motion, and the parties' briefing, it is hereby

ORDERED that the Defendants' motion is GRANTED; and it is further

ORDERED that Plaintiff Dmitriy Kostadinov Ivanov's Form N-400, Application for Naturalization, is REMANDED to U.S. Citizenship and Immigrant Services ("USCIS") for further proceedings; it is further

ORDERED that USCIS shall render a decision on Plaintiff Ivanov's Form N-400, Application for Naturalization, within sixty (60) days from the date of this Order; and it is further

ORDERED this action be DISMISSED without prejudice with all parties bearing their own litigation costs and attorney's fees.

Dated: August 19, 2025
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge

Hon. Anthony J. Trenga
UNITED STATES DISTRICT JUDGE